**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

DANIELLE TACORONTE

    Plaintiff                                         **Case No. 6:12-cv-1742-Orl-31KRS**

-v-

SENTRY CREDIT, INC.,

    Defendants

_____/

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Danielle Tacoronte, respectfully informs the Court that the matter between Plaintiff and Defendant has been settled. Plaintiff has signed a Release and has received the settlement check from Defendant. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice Plaintiff's case against the Defendant.

Dated: January 10, 2013

                                                          Respectfully submitted,

                                                          ___*s/J. Marshall Gilmore*_____
                                                          J. Marshall Gilmore, Esq.
                                                          Florida Bar No. 840181
                                                          Attorney for Plaintiff
                                                          1936 Lee Road, Suite 100
                                                          Winter Park, FL 32789
                                                          (407) 629-7322 (407) 599-3801 fax
                                                          mgilmore@mgilmorelaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 11th day of January, 2013 by CM/CFC delivery to all Parties of record:

                                                ___*s/J. Marshall Gilmore*___
                                                Attorney for Plaintiff